No. 82–5496. ALONZO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–5506. COOPER v. REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY. C. A. 6th Cir. Certiorari denied.

No. 82–5517. TRUESDALE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 82–5520. ERMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5533. YOUNG v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–5555. NEARIS v. MASSACHUSETTS. Ct. App. Mass. Certiorari denied.

No. 82–5588. BLACK ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–5591. SINGLETERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–5592. POLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5601. FILLIPPONIO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–2344. A v. X ET AL. Sup. Ct. Wyo. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE BLACKMUN would grant certiorari.

No. 82–184. L. B. B. CORP. v. CHARLES O. FINLEY & Co., INC. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 82–228. BARRETT ET AL. v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. JUSTICE BRENNAN and JUS-